UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| OLUWADAYSI OMOSULE, | : | Case No. 3:13-cv-186 |
| Plaintiff, | : | Judge Timothy S. Black |
| | : | Magistrate Judge Michael J. Newman |
| vs. | : | |
| INS, et al., | : | |
| Defendants. | : | |

## DECISION AND ENTRY: (1) ADOPTING THE REPORT AND RECOMMENDATIONS OF THE MAGISTRATE JUDGE (Doc. 4); (2) OVERRULING PLAINTIFF'S OBJECTION (Doc. 6); AND (3) DISMISSING THE COMPLAINT

This civil case is before the Court on the Report and Recommendations of United States Magistrate Judge Michael J. Newman. (Doc. 4). The Magistrate Judge recommends that Plaintiff's Complaint be dismissed. (*Id.*) In response, Plaintiff sent a letter to the Magistrate Judge which this Court construes as an objection to the Report and Recommendations. (Doc. 6). The issues are now ripe for decision by the Court.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court reviewed the comprehensive findings of the Magistrate Judge de novo. Upon considering all issues de novo, the Court: (1) **ADOPTS** the Order and Report and Recommendation of the Magistrate Judge in its entirety (Doc. 4); (2) **OVERRULES** Plaintiff's Objection (Doc. 6); and (3) **DISMISSES** Plaintiff's Complaint. The Clerk shall **TERMINATE** this case on the docket of the Court.

**IT IS SO ORDERED.**

Date: 7/1/13

*Timothy S. Black*
Timothy S. Black
United States District Judge