# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

**OLUWADAYSI OMOSULE,**          Case No. 3:13-cv-186

    Plaintiffs,          **Judge Timothy S. Black**
                                           **Magistrate Judge Michael J. Newman**

-vs-

**INS,** *et al.*,

    Defendants.

_____

### JUDGMENT IN A CIVIL CASE
_____

    **[ ]   Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]   Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the Magistrate Judge is **ADOPTED**; that the Plaintiff's Objections are **OVERRULED** (Doc. 6); and the Complaint (Doc. 3) is **DISMISSED**; and the case is **TERMINATED** from the docket of the Court.

Date: July 1, 2013                                                                             **JOHN P. HEHMAN, CLERK**

                                                                                     By: *s/ M. Rogers*
                                                                                      Deputy Clerk